SKECHERS U.S.A. and Skechers U.S.A., Inc. II Plaintiffs–Appellants,

v.

STEVEN MADDEN LTD. and R.S.V. Sport, Inc., Defendants,

and

Fortune Dynamic, Inc., Defendant–Appellee.

No. 03–1266.

United States Court of Appeals, Federal Circuit.

DECIDED: May 15, 2003.

### ORDER

Upon consideration of Skechers U.S.A., Inc. et al.'s "notice of withdrawal of appeal," which the court treats as a motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs

Randolph J. NOELLE, Appellant,

v.

Richard J. ARMITAGE, William C. Fanslow, and Melanie K. Spriggs, Appellees.

No. 03–1361.

United States Court of Appeals, Federal Circuit.

DECIDED: May 15, 2003.

### ORDER

Upon consideration of Randolph J. Noelle's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

* We note that Noelle requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.